JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COMMISSION ON JUDICIAL PERFORMANCE,<br><br>    Defendant, | Case No. 5:22-cv-01709-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order on Defendant's Motion to Dismiss [ECF No. 18]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Complaint [ECF No. 1] of Plaintiff Gregory Richardson.

3. Defendant Commission on Judicial Performance shall have **JUDGMENT** entered in its **FAVOR**, and **AGAINST** Richardson.  Richardson shall take nothing by way of his Complaint against Defendant Commission on Judicial Performance.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 8, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE